JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| VINCENT RICARDO VELASQUEZ,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>CLARK DUCART,<br><br>　　　　Respondent. | No. ED CV 17-01384-R (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

Dated: September 12, 2018

_____
MANUEL L. REAL
United States District Judge